IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ALEX ARMSTRONG, #18106**                                              **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 4:09-cv-114-TSL-LRA**

**CHRISTOPHER EPPS, et al.**                                          **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice, for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(ii). Therefore, this dismissal will count as a "strike" under § 1915(g).

SO ORDERED this the ___10th___ day of November, 2009.

                                           /s/Tom S. Lee
                                           UNITED STATES DISTRICT JUDGE